```
 1  Mr. Mario Avila #  V86646
 2  California State Prison/Sacramento
    P.O. Box 29
 3  Represa Ca. 95671-0066
    In Pro. Per.
 4
```



E-filing



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CV 08 2882

| | |
|---|---|
| Mario Avila,<br>    Petitioner,<br><br>vs.<br><br>James L. Walker, (Warden)<br>    Respondent, | Case No: Unknown<br><br>**MOTION TO SUBMIT CAUTIONARY FEDERAL WRIT OF HABEAS CORPUS TO AVOID A.E.D.P.A's TIME-BAR** |

Petitioner, a California prisoner is now filing the enclosed "Cautionary Federal Writ of Habeas Corpus" pursuant to 28 U.S.C. § 2254 raising four meritorious claims of constitutional magnitude. Petitioner brings this petition without the assistance of counsel or any person(s) knowledgable of federal law.

I have most recently learned that there is a one year deadline to file my Federal Writ with the court herein. Petitioner seeks to avoid said deadline by filing the writ enclosed.

//

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, __Mario Avila__, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:
   X

   C.S.P/Sacramento
   P.O.Box 29
   Represa,Ca.95671-0066

On, __6/3/08__, I served the following documents:

__Motion to submit cautionary Federal Writ of Habeas Corpus to avoid being time-barred by A.E.D.E.A And Federal Writ of habeas corpus__

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. United States District Court For The Northern District of California San Francisco Division 450 Golden Gate Avenue San Francisco,Ca.94102

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this X __3__ day of X __June__, X __2008__, at California State Prison - Sacramento, Represa, California.

(Signature) X __/Mario Avila__