FILED
08 JUN 25 PM 2:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mario Avila, Plaintiff,

vs.

J.L Walker, Defendant.

CV 08 2882

CASE NO. ______

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR

I, Mario Avila, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______ Net: ______

Employer: ______

______

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

I've never been employed, nor have I ever had an income of any kind

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

—

3. Are you married? — Yes ___ No X

Spouse's Full Name: —

Spouse's Place of Employment: —

Spouse's Monthly Salary, Wages or Income:

Gross $ — Net $ —

4. a. List amount you contribute to your spouse's support:$ —

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

None

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $ — Amount of Mortgage: $ —

6. Do you own an automobile? Yes ___ No X

Make — Year — Model —

Is it financed? Yes ___ No ___ If so, Total due: $ —

Monthly Payment: $ ___

7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)

Name(s) and address(es) of bank: —

Present balance(s): $ —

Do you own any cash? Yes ___ No ___ Amount: $ ___

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

8. What are your monthly expenses? I have no monthly expenses

Rent: $ ___ Utilities: ___

Food: $ ___ Clothing: ___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

None

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-19-08 X [signature]

DATE SIGNATURE OF APPLICANT

**Case Number:** CV-08-2882 SBA (PR)

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ______________________________ [prisoner name] for the last six months ______________________________ [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ____________ and the average balance in the prisoner's account each month for the most recent 6-month period was $______________.

Dated:______________

______________________________
[Authorized officer of the institution]

IN THE UNITED STATES
NORTHERN DISTRICT COURT OF CALIFORNIA

Mario Avila #V86646
(Petitioner)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

James L. Walker
(Respondent[s])

I, Mario Avila, declare that I am the petitioner in the above entitled case; i in sur t of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of r pover I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? Yes ____ No x

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employ

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

never had employement

2. Have you received, within the past twelve months, any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or form of self-employment? | Yes____ | No x |
| b. | Rent payments, interest or dividends? | Yes____ | No x |
| c. | Pensions, annuities or life insurance payments? | Yes____ | No x |
| d. | Gifts or inheritances? | Yes____ | No x |
| e. | Any other sources? | Yes____ | No x |

If the answer to any of the above is yes, describe each source of money and state the amount received from each duri past twelve months.

3. Do you own any cash, or do you have money in a checking or savings account? Yes____ No x (Include any funds in prison accounts)

If the answer is yes, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary househol furnishings and clothing)? Yes_____ No x

If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how mu you contribute toward their support. none

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 6. 2 .08
(Date)

Signature of Petitioner

CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 0 on account to his credit a California State Prison/Sacramento institution where he is confined. I fu certify that Petitioner likewise has the following securities to his credit according to the records said instit

DATED 6/4/08

Authorized Officer of Institution

Acct Clk II

Title of Officer

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

REPORT ID: TS3030 .701

REPORT DATE: 06/04/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF STATE PRISON SACRAMENTO
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU JUN. 04, 2008

ACCOUNT NUMBER : V86646
ACCOUNT NAME : AVILA, MARIO
PRIVILEGE GROUP: A

BED/CELL NUMBER: FC6 2 00000018U
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

Mario Avila - V86646
C.S.P/Sacramento
P.O. Box 29
Represa, Ca. 95671-0066



NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

RECEIVED
JUN 25 2008

SBA