IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIO AVILA,

    Petitioner,

v.

JAMES L. WALKER,

    Respondent.
_____/

No. C 08-02882 SBA (PR)

**ORDER GRANTING PETITIONER'S MOTION TO REOPEN CASE AND TO LIFT STAY; AND DIRECTING RESPONDENT TO FILE SUPPLEMENTAL ANSWER TO FIRST AMENDED PETITION**

(Docket no. 15)

    Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court ordered Respondent to show cause why the petition should not be granted. Prior to Respondent's deadline for filing his answer, Petitioner filed a motion to stay his federal petition while he exhausts his remedies in state court.

    Petitioner raised four claims: (1) substantial evidence does not support an enhancement for street terrorism; (2) admission of 911 tape recording violated Sixth Amendment right to confrontation; (3) ineffective assistance of trial counsel for: (a) failing to object to testimony that gang members were outside the courtroom; (b) failing to request an evidentiary hearing on whether any jurors were biased by their own observations of gang members inside and outside the courtroom; and (c) failing to object to the use of Petitioner's juvenile adjudication as a prior strike; and (4) the trial court's imposition of an upper term sentence violated Petitioner's right to a jury trial. The record shows that Petitioner has presented claims one, two and three in his petition for review to the California Supreme Court. (Pet'r Ex. C.) Therefore, claims one, two and three are exhausted. However, Petitioner alleged that he had failed to exhaust state remedies with respect to claim four. In his motion for a stay, Petitioner requested that he be permitted to return to state court to exhaust "the issues that Petitioner submitted to this Court" and to exhaust "new issues." (Mot. to Stay at 1.) He claimed that he has "raised new issues in the Monterey County Superior Court, Case No. HC 6377, and would like to exhaust these issues through the Appellate and California Supreme Courts." (Id.)

    On February 17, 2009, the Court issued an Order granting Petitioner's request for a stay of

proceedings while he returned to state court to exhaust his administrative remedies. The Court also stated:

> Nothing further will take place in this action until Petitioner receives a final decision from the highest state court and, within **thirty (30) days** of doing so, moves to reopen the action, lift the Court's stay and amend the stayed petition to add the newly-exhausted claims.

(Feb. 17, 2009 Order at 3.)

On February 24, 2009, Respondent filed an answer addressing claims one through three. Respondent also argued that Petitioner's fourth sentencing claim was moot because his sentence was modified, making it "consistent with, and no greater than, the maximum exposure authorized by the jury verdict under Cunningham.[1]"  (Answer at 24-25.)

On October 21, 2010, Petitioner filed a motion to reopen the case (docket no. 15). He informed the Court that his state proceedings had concluded. He states, "Petitioner would like to amend the stayed writ with the following exhausted state claim . . . See Exhibit 'B.'"  (Mot. to Reopen at 1.) Attached to the motion, presumably as "Exhibit B," is his "First Amended Petition" and the September 1, 2010 summary denial by the California Supreme Court.

Accordingly, the Court construes Petitioner's motion to reopen the case (docket no. 15) as his motion to lift the stay and his implied motion for leave to file his first amended petition.

Good cause appearing, Petitioner's motion to reopen the case (docket no. 15) and to lift the stay is GRANTED. Petitioner is also GRANTED leave to file his first amended petition. It does not appear from the face of the first amended petition that it is without merit. Therefore, the Clerk of the Court is directed to mark Petitioner's first amended petition as filed on October 21, 2010, the date it was received.

The Clerk of the Court shall REOPEN this case and serve a copy of this Order and **the first amended petition and all attachments thereto** upon Respondent's attorney, Gregg Edward Zywicke at Office of the Attorney General of the State of California. The Clerk shall also serve a copy of this Order on Petitioner at his most current address.

Respondent shall file with this Court and serve upon Petitioner, within **sixty (60) days** of the

---

[1] Cunningham v. California, 549 U.S. 270 (2007).

1 issuance of this Order, a supplemental answer conforming in all respects to Rule 5 of the Rules
2 Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.
3 Respondent shall file with the supplemental answer a copy of all portions of the state trial record that
4 have been transcribed previously and that are relevant to a determination of the issues presented by
5 the first amended petition.

6 If Petitioner wishes to respond to the answer as well as the supplemental answer, he shall do
7 so by filing a traverse with the Court and serving it on Respondent within **thirty (30) days** of his
8 receipt of the supplemental answer.[2]  Otherwise, the petition and first amended petition will be
9 deemed submitted and ready for decision thirty days after the date Petitioner is served with
10 Respondent's supplemental answer.  Petitioner is reminded that all communications with the Court,
11 whether by way of formal legal motions or informal letters, must be served on Respondent by
12 mailing a true copy of the document to Respondent's counsel.

13 Extensions of time are not favored, though reasonable extensions will be granted.  Any
14 motion for an extension of time must be filed no later than **seven (7) days** prior to the deadline
15 sought to be extended.

16 This Order terminates Docket no. 15.

17 IT IS SO ORDERED.

18 DATED:   5/10/11

SAUNDRA BROWN ARMSTRONG
19 United States District Judge

---

28 [2] The Court notes that Petitioner did not file a traverse to Respondent's answer filed on February 24, 2009.

G:\PRO-SE\SBA\HC.08\Avila2882.OSC-FAC-AfterStay.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARIO AVILA,

        Plaintiff,

v.

JAMES WALKER et al,

        Defendant.

Case Number: CV08-02882 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario M.A. Avila V86646
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671-0066

Dated: May 13, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.08\Avila2882.OSC-FAC-AfterStay.wpd