IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO M. A. AVILA,<br><br>        Petitioner,<br><br> v.<br><br>JAMES WALKER, Warden,<br><br>        Respondent._____/ | No. C 08-2882 SBA (PR)<br><br>**ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S MOTION TO STAY PROCEEDINGS** |

Before the Court is Petitioner's pro se motion to stay proceedings. Petitioner claims that he has "discovered a meritable sentencing issue and would like to exhaust these issues through the California state court(s)." (Mot. to Stay at 1.) Respondent has not filed a response to Petitioner's motion.

The Court notes that Petitioner has already been granted a stay to exhaust his remedies in state court in a previous Order dated Feb. 17, 2009. Thereafter, Petitioner filed his amended petition containing newly exhausted claims, and thus, the stay was lifted on May 10, 2011. At this time, Petitioner's amended petition is submitted on the merits because both parties have submitted briefs as to all the pending claims. In light of this, Respondent shall be given leave to file a response to the instant motion to stay. Respondent shall file his brief no later than **thirty (30) days** from the date of this Order.

IT IS SO ORDERED.

DATED:  __10/21/11

                                                                                                     */s/ Saundra B. Armstrong*<br>
                                                                             SAUNDRA BROWN ARMSTRONG<br>
                                                                             United States District Judge

G:\PRO-SE\SBA\HC.08\Avila2882.DirRESPT2fileRESPONSE.frm

<div style="column-left">United States District Court<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARIO AVILA,

        Plaintiff,

  v.

JAMES WALKER et al,

        Defendant.

Case Number: CV08-02882 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario M.A. Avila V86646
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671-0066

Dated: October 25, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.08\Avila2882.DirRESPT2fileRESPONSE.frm    2