UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO AVILA,                                    No. C 08-2882 SBA (PR)

           Petitioner,          **ORDER DENYING MOTION TO STAY THE ACTION**

  v.

JAMES WALKER, Warden,

           Respondent.

_____/

      This is a federal habeas action.  Petitioner filed a petition and an amended petition, the Court requested briefing on all the issues raised by Petitioner, and Respondent has filed an answer addressing the merits of those issues.

      Petitioner now moves to stay the action (Docket No. 23) so that he can exhaust in state court a claim he alleges that he recently discovered.  A stay and abeyance "is only appropriate when the district court determines there was good cause for the petitioner's failure to exhaust his claims first in state court," the claims are not meritless, and there are no intentionally dilatory litigation tactics by the petitioner.  Rhines v. Webber, 544 U.S. 269, 277-78 (2005).  Petitioner has made no allegation --- much less a showing --- that there was good cause for his failure to exhaust this claim previously.  Accordingly, the motion is DENIED.  The Clerk shall terminate Docket No. 23.

      IT IS SO ORDERED.

DATED: _____9/28/12_____          _____
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

United States District Court
For the Northern District of California

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4

5  MARIO AVILA,
                                          Case Number: CV08-02882 SBA
6          Plaintiff,
                                          **CERTIFICATE OF SERVICE**
7    v.

8  JAMES WALKER et al,

9
           Defendant.
10 _____/

11

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.
13

14 That on October 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
15 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

16

17

18

19 Mario M.A. Avila V86646
   California State Prison - Sacramento
20 P.O. Box 290066
   Represa, CA 95671-0066
21

22 Dated: October 9, 2012

23                                        Richard W. Wieking, Clerk
                                          By: Lisa Clark, Deputy Clerk
24

25

26

27

28

G:\PRO-SE\SBA\HC.08\Avila882.stay.md        2