UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MARIO AVILA,

    Petitioner

v.

CLARK E. DUCART, Acting Warden,

    Respondent.

Case No: 08-2882 SBA (PR)

**JUDGMENT**

For the reasons stated in the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: 9/30/14

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO M.A. AVILA,

    Plaintiff,

v.

JAMES L. WALKER,

    Defendant.

Case No.  08-cv-02882-SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/7/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario M.A. Avila ID: V86646
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532-7000

Dated: 10/7/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable SAUNDRA BROWN ARMSTRONG

2